BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
THOMAS J. O'REARDON II (247952)
JAMES M. DAVIS (301636)
501 West Broadway, Suite 1490
San Diego, CA  92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com
toreardon@bholaw.com
jdavis@bholaw.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| IVY KARINA VALES, TINA MARIE BARRALES, CINDY DOERR, ADELINA PEPENELLA, and KIMBERLY CAUDLE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ROC OPCO LLC,<br><br>Defendant. | Case No. 5:25-cv-01755-PCP<br><br>**CLASS ACTION**<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41(a)(1)(A)(i)**<br><br>District Judge P. Casey Pitts<br>Courtroom 8, 4th Floor<br><br>Complaint Filed:  February 19, 2025<br>Trial Date:           Not Set |

Please take notice that Plaintiffs Ivy Karina Vales, Tina Marie Barrales, Cindy Doerr, Adelina Pepenella, and Kimberly Caudle, hereby voluntarily dismiss the above-entitled action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) is proper because Defendant has neither answered the Complaint nor filed a motion for summary judgment, and no class has been certified. The parties agree to bear their own costs.

Respectfully Submitted

Dated: July 18, 2025

BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
THOMAS J. O'REARDON II (247952)
JAMES M. DAVIS (301636)

By:     *s/ Timothy G. Blood*
TIMOTHY G. BLOOD

501 West Broadway, Suite 1490
San Diego, CA  92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com
toreardon@bholaw.com
jdavis@bholaw.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 18, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 18, 2025.

*s/ Timothy G. Blood*
TIMOTHY G. BLOOD

BLOOD HURST & O'REARDON, LLP
501 West Broadway, Suite 1490
San Diego, CA 92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com
